Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−19512−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Helen J Kim
  fka Hyo J Kim
  1082 Palisade Ave
  Fort Lee, NJ 07024

Social Security No.:
  xxx−xx−0761

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/19/19.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 19, 2019
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-19512-SLM
Helen J Kim                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1           Date Rcvd: Aug 19, 2019
                            Form ID: 148           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.
```
db              +Helen J Kim,   1082 Palisade Ave,   Fort Lee, NJ 07024-6328
518341557        CW Nexus Credit Card Holdings l, LLC,   Resurgent Capital Services,   PO Box 10368,
                  Greenville, SC 29603-0368
518358935        Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                  Kirkland, WA 98083-0657
518237166        Macy's,   PO Box 9001094,   Louisville, KY 40290-1094
518237167        Mercury Card,   Card Services,   PO Box 70168,   Philadelphia, PA 19176-0168
518358246       +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518237169       +US Bank NA,   c/o Sharpiro & Denardo LLC,   14000 Commerce Parkway,   Suite B,
                  Mount Laurel, NJ 08054-2242
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2019 00:20:54     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2019 00:20:49     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518237163       +EDI: TSYS2.COM Aug 20 2019 03:48:00     Barclays,   PO Box 13337,   Philadelphia, PA 19101-3337
518237164        EDI: DISCOVER.COM Aug 20 2019 03:48:00     Discover,   PO Box 71084,   Charlotte, NC 28272-1084
518247868        EDI: DISCOVER.COM Aug 20 2019 03:48:00     Discover Bank,   Discover Products Inc,
                  PO Box 3025,   New Albany, OH 43054-3025
518237165        EDI: AMINFOFP.COM Aug 20 2019 03:48:00     First Premier Bank,   PO Box 5529,
                  Sioux Falls, SD 57117-5529
518237168        EDI: MERRICKBANK.COM Aug 20 2019 03:48:00     Merrick Bank,   PO Box 660175,
                  Dallas, TX 75266-0175
518358875        EDI: PRA.COM Aug 20 2019 03:48:00     Portfolio Recovery Associates, LLC,   c/o Uber,
                  POB 41067,   Norfolk VA 23541
518316218       +EDI: JEFFERSONCAP.COM Aug 20 2019 03:48:00     Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
518238924       +EDI: RMSC.COM Aug 20 2019 03:48:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
518351290       +EDI: RMSC.COM Aug 20 2019 03:48:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk VA 23541-1021
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for GSAA
               2007-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Hyung S. Kim    on behalf of Debtor Helen J Kim James@hskimLaw.com, Soo@hskimlaw.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               GSAA 2007-7 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```